```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
JAMES H. BRADY,                                             :
                                                            :
                            Plaintiff,                      :      19-CV-10142 (PAE) (OTW)
                                                            :
            -against-                                       :      **ORDER**
                                                            :
IGS REALTY CO. LP, et al.,                                  :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

On November 27, 2019, Defendants IGS Realty Co., LP and Philippe Ifrah ("Defendants") filed a motion to dismiss the complaint. (ECF 5). By Judge Engelmayer's order, Plaintiff's request for a default was denied as moot, and Plaintiff, proceeding *pro se*, was directed to respond to the motion to dismiss. (ECF 18). Accordingly, Plaintiff shall file his opposition to Defendants' motion to dismiss by **January 6, 2020.** Defendants' reply, if any, is due **January 13, 2020**.

The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: December 6, 2019  
       New York, New York

                                          *s/ Ona T. Wang*  
                                            **Ona T. Wang**  
                                    United States Magistrate Judge