UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES H. BRADY,

Plaintiff,

-v-

IGS REALTY CO. L.P. *et al.*,

Defendants.

19 Civ. 10142 (PAE)

19 Civ. 10622 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 6, 2020, plaintiff James H. Brady filed objections to Judge Wang's Report

and Recommendation regarding defendants' motions to dismiss Brady's claims in each of the

two related cases. *See* Dkts. 38 (in 19 Civ. 10142), 62 (in 19 Civ. 10622).  It is hereby ordered

that defendants shall serve any responses to Brady's objections by **August 21, 2020.**

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated:  August 7, 2020
        New York, New York