# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JAMES H. BRADY,

                       Plaintiff,                  19 **CIVIL** 10142 (PAE)

   -v-                                           **JUDGMENT**

IGS REALTY CO. L.P. and PHILIPPE IFRAH,

                       Defendants.

-----------------------------------------------------------X

JAMES H. BRADY,

                       Plaintiff,                  19 **CIVIL** 10622 (PAE)

   -against-

MARK S. FRIEDLANDER, ESQ., et al.,

                       Defendants.

-----------------------------------------------------------X

   It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated September 8, 2020, the Court accepts and has adopted Magistrate Judge Wang's July 20, 2020 Report and Recommendation. Brady's claims are dismissed, and with prejudice as to those claims over which it has subject-matter jurisdiction, and without prejudice as to all other claims. Brady's cross-motions for summary judgment are also denied as moot.

**Dated:** New York, New York
       September 8, 2020

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                       **BY:**   *K. Mango*

                                                    **Deputy Clerk**