UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES H. BRADY,

                        Plaintiff,

            -v-                                 19 Civ. 10142 (PAE)

IGS REALTY CO. L.P. and PHILIPPE IFRAH,

                        Defendants.

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received a motion from plaintiff James H. Brady seeking reconsideration of its September 8, 2020 amended decision. Dkts. 51, 54. The Court understands from a letter filed by Brady on September 24, 2020, that the motion was submitted timely on September 22, 2020, but that its docketing was delayed by a technological problem. Dkt. 55. Accordingly, the Court treats that motion as timely. Defendants shall file their response, if any, to Brady's motion by **Thursday, October 1, 2020.** Absent further order, the motion will be considered fully submitted as of that date.

       The Court also appreciates Brady's apology for his earlier communications.

       The Clerk of Court is respectfully directed to mail a copy of this decision to Brady.

       SO ORDERED.

                                              *Paul A. Engelmayer*
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: September 24, 2020
         New York, New York