UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES H. BRADY,

                                Plaintiff,

-v-

IGS REALTY CO. L.P. and PHILIPPE IFRAH,

                                Defendants.

19 Civ. 10142 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received a letter from *pro se* plaintiff James H. Brady requesting access to the complaint and accompanying exhibits in this action, which were previously limited to "case participant" view for reasons explained in a prior order of the Court.  *See* Dkt. 69.  The Court has directed the Clerk of Court to lift that restriction as to Brady's complaint and most of the exhibits attached thereto, but to retain the restriction as to information that is not properly available to the public.  *See* Dkt 1-2.  This appears to accord with Brady's requests and should afford him access to the filings necessary for his appeal.  Defendants need not take any action on this matter absent further order of the Court.

      The Clerk of Court is respectfully directed to mail a copy of this order to Brady.

      SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: November 12, 2020
         New York, New York